```
                                           FILED
                                           January 16, 2009
    UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                           EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA    CALIFORNIA
                                           DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | Case No. 2:08CR00449-WBS-2 |
|          Plaintiff,             ) | |
| v.                              ) | ORDER FOR RELEASE OF |
|                                 ) | PERSON IN CUSTODY |
| HUNG THE LE,                    ) | |
|                                 ) | |
|          Defendant.             ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HUNG THE LE , Case No.  2:08CR00449-WBS-2 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ 100,000.00

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

    ✔  (Other)    Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  January 16, 2009  at  8:52 am  .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court