ALICE W. WONG (SBN 160141)
Law Offices of Jerry L. Chong & Alice W. Wong
501 S Street, Suite Two
Sacramento, CA 95811
Telephone: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorney for Defendant
HUNG THE LE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HUNG THE LE,<br><br>　　　　　　Defendant. | Case No.  CR.S 08-0449-WBS<br><br>STIPULATION AND<br>ORDER TO MODIFY ORDER<br>SETTING CONDITIONS OF<br>RELEASE AND APPEARANCE |

　　　　On January 16, 2009, this Court released defendant Hung Le from custody subject to pretrial conditions of release and appearance bond. One of the pretrial conditions of release is that defendant not have any contact with co-defendants. Defendant's father lives with defendant's brother, Tien Le, who is a co-defendant in this case at 7101 Snowy Birch Way, Sacramento, CA 95823-5947.

　　　　Defendant's father is very ill and defendant would like to visit him regularly. Defendant is prepared to visit his father only when other co-defendants, including Tien Le, are not present.

　　　　On April 8, 2009, defendant's Pretrial Service Officer Taifa Gaskins recommended that defendant's pretrial conditions of release be modified to allow defendant to visit his father at 7101 Snowy Birch Way, Sacramento, CA 95823-5947 so long as other co-defendants are not present.

IT IS HEREBY STIPULATED by and between the United States of America and defendant Hung Le, through undersigned counsel, that the condition that defendant not have any contact with co-defendants be modified to allow defendant to visit defendant's father at 7101 Snowy Birch Way, Sacramento, CA 95823-5947 so long as co-defendant Tien Le or any other co-defendant is not present.

Dated: April 9, 2009         /s/  Alice Wong

                             Alice Wong
                             Attorney for Hung Le

Dated:  April 9, 2009        /s/  Heiko Coppola

_____        Heiko Coppola
                             Assistant United States Attorney

IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the condition that defendant not have any contact with co-defendant be modified to allow defendant to visit defendant's father at 7101 Snowy Birch Way, Sacramento, CA  95823-5947 so long as co-defendant Tien Le or any other co-defendant is not present.  All other terms and conditions remain.

Dated:  April 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE