1  WILLIAM J. PORTANOVA, State Bar No. 106193
    Attorney at Law
2  400 Capitol Mall, Suite 1100
    Sacramento, CA 95814
3  Telephone:  (916) 444-7900
    portanova@thelawoffices.com
4
    Attorney for Minh Vihn Le
5

6

7

8
                        UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,           )   **CASE NO.  2:08-CR-00449-WBS**
12                                      )
                  Plaintiff,            )
13                                      )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER CONTINUING STATUS**
14       v.                             )   **CONFERENCE AND EXCLUDING**
                                        )   **TIME**
15  HUNG LE, et al.                     )
                                        )
16                Defendants.           )
    _____ )
17

18       The undersigned parties hereby stipulate and request that the status conference currently

19  set for May 24, 2010 at 8:30 a.m. be continued to July 12, 2010 at 8:30 a.m.

20       This continuance is necessary to allow all counsel to meet and confer with the United

21  States Attorney's Office to discuss potential resolution of this matter.

22       It is further stipulated that the time between May 24, 2010 and July 12, 2010 be excluded

23  from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of

24  justice are served by the Court excluding such time so that the counsel for each party may have

25  reasonable time necessary for investigation and effective preparation taking into account the

26  exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

27

28  //

**IT IS SO STIPULATED:**

DATED: May 19, 2010                            /s/ Alice Wong
                                               ALICE WONG
                                               Attorney for Defendant Hung Le

DATED: May 19, 2010                            /s/ Dan Koukol
                                               DAN KOUKOL
                                               Attorney for Defendant Coung The Le

DATED: May 19, 2010                            /s/ William J. Portanova
                                               WILLIAM J. PORTANOVA
                                               Attorney for Defendant Minh Vinh Le

DATED: May 19, 2010                            /s/ Lindsay Weston
                                               LINDSAY WESTON
                                               Attorney for Defendant Tien The Le

DATED: May 19, 2010                            /s/ Joseph Wiseman
                                               JOSEPH WISEMAN
                                               Attorney for Defendant Tony Quy Le

DATED: May 19, 2010                            /s/ Heiko Coppola
                                               HEIKO COPPOLA
                                               Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:   May 19, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -