WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
portanova@thelawoffices.com

Attorney for Minh Vihn Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUNG LE, et al.<br><br>    Defendants. | CASE NO.  2:08-CR-00449-WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |

The undersigned parties hereby stipulate and request that the status conference currently set for September 20, 2010 at 8:30 a.m. be continued to November 15, 2010 at 8:30 a.m.

This continuance is necessary to allow all counsel to meet and confer with the United States Attorney's Office to discuss potential resolution of this matter, and for the defense to review additional discovery provided by the government.

It is further stipulated that the time between September 20, 2010 and November 15, 2010 be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time so that the counsel for each party may have reasonable time necessary for investigation and effective preparation taking into account the exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv) and Local Code T-4.

//

**IT IS SO STIPULATED:**

DATED: September 16, 2010            /s/ Alice Wong
                                     ALICE WONG
                                     Attorney for Defendant Hung Le

DATED: September 16, 2010            /s/ Dan Koukol
                                     DAN KOUKOL
                                     Attorney for Defendant Coung The Le

DATED: September 16, 2010            /s/ William J. Portanova
                                     WILLIAM J. PORTANOVA
                                     Attorney for Defendant Minh Vinh Le

DATED: September 16, 2010            /s/ Lindsay Weston
                                     LINDSAY WESTON
                                     Attorney for Defendant Tien The Le

DATED: September 16, 2010            /s/ Joseph Wiseman
                                     JOSEPH WISEMAN
                                     Attorney for Defendant Tony Quy Le

DATED: September 16, 2010            /s/ Heiko Coppola
                                     HEIKO COPPOLA
                                     Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED:   September 16, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE