ALICE W. WONG,  SBN 160141
JERRY L. CHONG, SBN 68757
LAW OFFICES OF JERRY L. CHONG and ALICE W. WONG
6313 Elvas Avenue
Sacramento, CA   95819
Tel: (916) 443-7398
awong@jcawlaw.com

Attorneys for Hung The Le


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiffs,<br><br>        vs.<br><br>    HUNG THE LE<br><br><br>                    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.  2:08-CR-00449-02 WBS

**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE THE JUDGMENT AND SENTENCING DATE TO NOVEMBER 4, 2013**


        Plaintiff, the United States by Assistant United States Attorney, Mr. Jason Hitt, and defendant Hung The Le by his attorney Alice W. Wong, all stipulate and agree that the judgment and sentencing calendared for **Monday, October 28, 2013, at 9:30 a.m.** before the Honorable Senior United States District Court Judge, William B. Shubb, may be continued to **Monday,  November 4, 2013, at 9:30 a.m.**  The Court's availability on this date, November 4, 2013, 2013, has been confirmed.

The Parties need additional time to prepare for judgment and sentencing in this matter due to work schedule and conflicts and the ability to schedule a meeting with defendant, HUNG THE LE and an interpreter.

DATED:  October 10, 2013          /s/  JASON HITT
                                  _____
                                  JASON HITT
                                  Assistant United States Attorney


DATED:  October 10, 2013          /s/ ALICE W. WONG
                                  _____
                                  ALICE W. WONG
                                  Attorney for Defendant Hung The Le


Therefore, good cause appearing and the Parties' agreement and stipulations as set forth herein, the judgment and sentencing in this matter is continued to November 4, 2013 at 9:30 a.m.


**IT IS SO ORDERED.**

Dated:  October 10, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE