ALICE W. WONG,  SBN 160141
JERRY L. CHONG, SBN 68757
LAW OFFICES OF JERRY L. CHONG and ALICE W. WONG
6313 Elvas Avenue
Sacramento, CA   95819
Tel: (916) 443-7398
Fax: (916) 443-8941
awong@jcawlaw.com

Attorneys for Hung The Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>HUNG THE LE<br><br><br>　　　　　　　　Defendant. | CASE NO.  2:08-CR-00449-02 WBS<br><br><br>**ORDER TO<br>EXONERATE BOND** |

The Court finds that Defendant HUNG THE LE was released pursuant to a $100,000.00 bond, comprised of  property bond and $16,000.00 cash bond, which he posted to the Clerk of the Court on January 16, 2009.  On September 6, 2011, Mr. Le entered a guilty plea to counts 1 and 2 of the superseding information.  On November 4, 2013, the Court sentenced Mr. Le to imprisonment for a term of 51 months.  Mr. Le surrendered to the Bureau of Prisons on February 25, 2014.

///

Therefore, it is hereby ORDERED that the $100,000.00 bond be exonerated and the Clerk of the Court is directed to reconvey the property bond to the surety, Ung Lieng.  See Exhibit A for Legal Description of Real Property posted on behalf of Mr. Le.

Furthermore, it is hereby ORDERED that the $16,000.00 cash bond posted in this case is ordered exonerated and the Clerk of the Court is directed to return the cash bond to the surety.

**IT IS SO ORDERED.**

Dated:  March 20, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

DESCRIPTION

CITY OF SACRAMENTO

LOT 469, AS SHOWN ON THE "PLAT OF FRUITRIDGE OAKS LIMIT UNIT NO. 7", RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY ON DECEMBER 2, 1957, IN BOOK 47 OF MAPS, MAP NO. 29.