AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:08-cr-00449-WBS   Document 304   Filed 02/02/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America  
v.  

HUNG THE LE

Case No: 2:08CR00449-02 WBS

USM No: 18118-097

Date of Original Judgment: 11/4/2013  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*

David Porter, Asst. Federal Defender  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  51  months **is reduced to**  41 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/7/2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: February 2, 2015

WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE

Effective Date:  11/1/2015  
*(if different from order date)*

William B. Shubb, U.S. District Court Judge  
*Printed name and title*