HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HUNG THE LE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>HUNG THE LE,<br><br>            Defendant. | No.  Cr. S 08-449-02 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

      Defendant, HUNG THE LE, by and through his attorney, Assistant Federal Defender David Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

      1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

      2.      On November 4, 2013 this Court sentenced Mr. Le to a term of 51 months imprisonment on both Counts 1 and 2 of the indictment, to be served concurrently;

      3.      His total offense level was 24, his criminal history category was I, and the resulting guideline range was 51 to 63 months;

4. The sentencing range applicable to Mr. Le was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Le's total offense level has been reduced from 24 to 22, and his amended guideline range is 41 to 51 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Le's term of imprisonment to a term of 41 months imprisonment on both Counts 1 and 2, to be served concurrently, for a total term of 41 months.

Respectfully submitted,

Dated:  January 30, 2015                    Dated:   January 30, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Jason Hitt*                            /s/ *David M. Porter*
JASON HITT                                  DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    HUNG THE LE

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Le is entitled to the benefit Amendment 782, which reduces the total offense level from 24 to 22, resulting in an amended guideline range of 41 to 51 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2013 is reduced to a term of 41 months imprisonment on both Counts 1 and 2, to be served concurrently, for a total term of 41 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Le shall report to the United States Probation Office within seventy-two hours after his release.

Dated: February 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE